## In the Matter of the WELFARE OF K.L.M., G.J.M., and J.M., II, Children.

No. C4–94–13.

Supreme Court of Minnesota.

March 31, 1994.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED (1) that the petition of L.K. for further review of the decision of the Court of Appeals be, and the same is, granted; (2) that the unpublished order of the court of appeals dismissing her appeal as untimely be, and the same is, reversed [*State v. M.A.P.*, 281 N.W.2d 334, 336–37 (Minn.1979)]; and (3) that the district court's order terminating her parental rights in her three children, K.L.M., G.J.M. and J.M., II, be, and the same is, affirmed on the merits. Court of appeals' order reversed; district court's order affirmed on merits.

BY THE COURT:

/s/ <u>Alexander M. Keith</u>
Chief Justice

## STATE of Minnesota, Respondent,

v.

## Randall Jacob WIPPER, Appellant.

No. C8–93–1686.

Supreme Court of Minnesota.

March 31, 1994.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED (1) that the petition of Randall Jacob Wipper for further review of the decision of the Court of Appeals be, and the same is, granted and (2) that the case is remanded to the district court for resentencing consistently with our decision in *State v. Wipper*, 512 N.W.2d 92 (Minn., 1994). Remanded for resentencing.